[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

SEP 2 2 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Frederick Warren

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Howard
Cook County Sheriff

Case No: JORGE L. ALONSO
NO. 16 C 8235
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

  ✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Roderick Warren

    B. List all aliases: Hickey Warren

    C. Prisoner identification number: 20150407426

    D. Place of present confinement: Cook County Jail

    E. Address: Cook County Jail 2650 S. California Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: S. Heward

    Title: Cook County Sheriff

    Place of Employment: Cook County Jail

    B. Defendant: _____

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

① I am Frederick Warren and I am a detainee in the Cook County Jail. I am a victim of sexual harassment and intimidation. On June 15, 2016 at approximately 9:30 AM and 10:30 AM, I was in Division 9 Unit 1F. I was out for my one hour recreation activities. Factual background: On June 15, and 16 of 2016, I was out of my cell that issue to me. I when to the shower and there was and officer Howard in the control room watching me take a shower. I just thought officer Howard was just doing his job by surveillance. As I started to shower, I looked around my surrounding and I saw officer Howard smiling at me. I felt very uncomfortable at that time. I told myself this cannot be happening to me. Once out of the, officer Steward walk in Unit 1F Division 9. I notice him soon as it happen. Officer Steward at the shower and notice officer Howard behavior officer Steward left and told commander Cozzolino. Both officers look at the camera Code # 1048 which caught the whole incident. I got that code number of the surveillance from officer Steward thats how I knew. I notice officer Howard standing by the shower area. Officer Howard seen me watching him curious. I said, "No, I'm just watching how good you look. Have anyone ever told you that you look good wet." (Officer Howard) Started laughing at his comment. I said that I am not on that with you, nor your games. Sexual harassment creat's stress, I immediately reported officer Howard behavior. Officer Howard come back the next day and harass me again.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(2) I did not response. I was trying to deal with the situation by avoiding or ignoring the harassing person officer Howard, said "this place is not going to believe I make a good friend the "guys" around here love me, Frederick." I said, "look man I am not gay, leave me alone." Officer Howard, said "I can provide special treatment for you, stop being stubborn." I did not response again, I let officer Howard continue to tell me, officer Howard ask me to get my "dick hard" for him, (meaning getting my penis erect). I said, "what did you just say to me?" I said, "look man get the fuck away from me." Then later I was coming out of the cell while being hand cuff and office Howard approach me in the dayroom. Officer Howard touch me way before ~~~~~~~~ before this incident accured. At this time I felt disrespected by officer Howard. I could not protect myself in the hand cuff. Officer Howard disregrade my "No", don't touch me. Then officer

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Howard made a statement and said, "You a big boy, I can't treat you good if you let me, (meaning my penis). I asked to speak with Commander Cozzolino, I was told he was not in. I knew he (Officer Howard) was lying. I have trying calling and writing office of Professional Review (OPR), and I never got a response. I have try calling Correctional Information and Investigation Division (CIID), and I never got a response. No help in the Cook County Jail. Officer Howard has fail to respect the limited privacy rights I have. He officer Howard, gawking at me in the shower and/or when I am undressing or dressing. I feel sexual intimidation by this person. I have try to get his badge number and I never got a response to my request. I am depress, I am in protective custody (PC), trying to stay safe. Officer Howard is assign to Division 10.

The video be perseved for a civil suit.
Exhibits A Grievance
Exhibit B Response to grievance
Exhibit C Appeal to grievance
Exhibit D Response to Appeal

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for injunction relief and monetary compensation for the trouble I am enduring. This sexual harassment has made me uncomfortable around other men. Cook County States is no help to me. I am asking for $45,000 for my stress and unwanted sexual activity. This is punitive damages.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __9__ day of __14__, 20__16__

_____
(Signature of plaintiff or plaintiffs)
Roderick Walker
(Print name)
Frederick Warren
(I.D. Number)
20150472906
PO Box 089002
Chicago, IL 60608
(Address)